# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00178-CV

**Noble Capital Servicing, LLC, Appellant**

**v.**

**David Quy, Beth Quy, John David Matson, and Elizabeth Chunn Matson, Appellees**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-20-006966, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant filed a suggestion of bankruptcy on May 20, 2025. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id*. R. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should appellant fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).

Before Chief Justice Byrne, Justices Kelly and Ellis

Bankruptcy

Filed: June 27, 2025